UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
RODE ELIZABETH QUINONEZ MERCADO, as )
next friend of Juan Carlos Abarca-Joval )
          Plaintiff(s),             )
                                    )
v.                                  )          Civil Action No. 25-12066-JEK
                                    )
                                    )
DEPARTMENT OF HOMELAND SECURITY,    )
IMMIGRATION AND CUSTOMS ENFORCEMENT )
(ICE), and BOSTON FIELD OFFICE      )
          Defendant(s).             )
                                    )
_____ )

## **JUDGMENT**

**KOBICK, D.J.**

☐  Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒  Decision by the Court: In accordance with the Court's Memorandum & Order dated August 22, 2025, [ECF 16], denying the petitioner's writ of habeas corpus under 28 U.S.C. § 2241;

IT IS ORDERED AND ADJUDGED:

Judgment for the respondents Department of Homeland Security, Immigration and Customs Enforcement (ICE), and Boston Field Office

Dated: August 22, 2025

                                             /s/ Haley Currie
                                             _____
                                             Deputy Clerk